# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURJINDER SINGTUTT, | Case No. 1:14-cv-00134-LJO-SKO |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | **ORDER RESETTING SCHEDULING CONFERENCE** |
| PACCAR INC. dba PETERBILT MOTOR CO., a foreign corporation, | (Doc. 11) |
| Defendant. | |

On May 1, 2014, the Court issued an order to show cause why sanctions, up to and including dismissal of the action, should not be recommended due to Plaintiff's failure to meet and confer with Defendant regarding the initial scheduling of this case as ordered by the Court.

On May 8, 2014, Plaintiff's counsel filed a statement indicating that internal firm calendaring problems along with the substitution of Plaintiff's counsel that occurred prior to removal of this action created a communication problem with Defendant's counsel. Plaintiff's counsel indicates she has remedied the communication issues and is prepared to move forward on Plaintiff's behalf.

As Plaintiff's counsel has adequately explained and addressed the delays and communication issue with Defendant's counsel, the order to show cause shall be discharged and no sanctions imposed. The scheduling conference is reset to June 26, 2014, at 9:15 a.m. in

Courtroom 7. The parties shall file a joint scheduling report on or before June 19, 2014. Telephonic appearances for the scheduling conference are approved and encouraged. All parties wishing to appear telephonically shall coordinate one conference call to the Court at (559) 499-5790 on the date and time for the conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause is DISCHARGED; and
2. The Scheduling Conference is RESET to June 26, 2014, at 9:15 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **May 9, 2014**                                      **/s/ Sheila K. Oberto**
                                                                       UNITED STATES MAGISTRATE JUDGE