**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNA**

| | |
|---|---|
| SURHJINDER SINGTUTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACCAR INC. D/B/A PETERBILT MOTOR CO.; CUMMINS, INC,<br>a foreign profit corporation,<br><br>Defendant. | Case No. 1:14-CV-00134-LJO-SKO<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |

The Plaintiff, Surhjinder Singtutt and Defendant Paccar Inc, d/b/a Peterbilt Motor Co. hereby stipulate to Plaintiff filing an Amended Complaint in this matter.  Plaintiff's Amended Complaint adds Cummins, Inc, as a named defendant. Fed. R. Civ P. Rule 15 (a)(2) allows a party to amend its pleading with the opposing party's written consent.

By signing this stipulation, the counsel for each party listed below consents to Plaintiff filing an Amended Complaint in this matter. This stipulation is being filed by attorney Kathryn Abrams, attorney for the Plaintiff through Electronic Case Filing (ECF) system. Pursuant to Fed. R. Civ. P. Rule 7(e), regarding documents requiring multiple signatures, Kathryn Abrams has obtained original signatures from all counsel in this matter who concur in the filing of this

1

document. The signature page of this stipulation with counsel's original signatures will be electronically filed as an attachment to this document.

Date: 13 , November 2014                              Kathryn Abrams
                                                      Attorney for Plaintiff, Surhjinder Singtutt

                                                      _/S/_____
                                                      Kathryn B. Abrams, Esq.
                                                      kathrynabram@gmail.com
                                                      **LEMON LAW GROUP PARTNERS, PLC**
                                                      150 N. Robertson Blvd., Suite 307
                                                      Beverly Hills, CA  90211
                                                      Telephone: (888) 415-0610
                                                      Fax: (888) 809-7010


Date: 13, November 2014                               Richard Moreno
                                                      Attorney for Defendant, Paccar, Inc

                                                      ___/S/_____
                                                      Richard Moreno, (SBN 190869)
                                                      **Murchison & Cumming, LLP**
                                                      801 South Grand Aveue, 9th Floor
                                                      Los Angeles, CA 90017
                                                      Telephone: (213) 623-7400
                                                      Facsimile: (213) 623-6336

**ORDER**

Pursuant to the parties' Stipulation, Plaintiff's First Amended Complaint shall be filed by November 21, 2014.

IT IS SO ORDERED.

   Dated:   **November 19, 2014**                  **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE